PEOPLE V JARVON BROWN, No. 148160; Court of Appeals No. 305794. By order of September 29, 2014, the application for leave to appeal the October 8, 2013 judgment of the Court of Appeals was held in abeyance

pending the decision in *People v Feronda Smith* (Docket No. 148305). On order of the Court, the case having been decided on July 30, 2015, 498 Mich 466 (2015), the application is again considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal for the reasons set forth in her concurrence/dissent in *People v Feronda Smith*, 498 Mich 466 (2015).